**Order filed August 28, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00561-CV
_____

## IN THE INTEREST OF V.D.A., A CHILD

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2013-04440J**

# O R D E R

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). Appellant's brief was originally due August 11, 2014. Appellant has been granted one extension of time to file his brief, until August 21, 2014. Appellant has filed a second motion for extension of time to file his brief, until September 15, 2014.

We deny the request for extension and issue the following order.

We order appointed counsel Hilary Unger to file a brief with the clerk of this Court within 15 days of the date of this order. If Hilary Unger does not timely file the brief as ordered, the court will issue an order requiring her to appear at a hearing to show cause why the brief record has not been timely filed and why she should not be held in contempt of court for failing to file the brief as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM

Panel consists of Justices McCally, Brown and Wise.